Eric S. BROWN, Plaintiff–Appellee, Cross–Appellant,

v.

EMPIRE BUILDERS OF COLLIER COUNTY, INC., d.b.a. Empire Builders Custom Homes, Richard Melson, et al., Defendants–Appellants Cross–Appellees.

No. 04–12181.
D.C. Docket No. 00–00510 CV–FTM–DNF.

United States Court of Appeals, Eleventh Circuit.

April 29, 2005.

Matthew J. Conigliaro, Carlton Fields, P.A., Saint Petersburg, FL, for Appellants.

Jon D. Parrish, Parrish, White & Lawhon, P.A., Naples, FL, for Appellee.

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM.

We affirm the well-reasoned opinions of the magistrate judge dated February 6, 2004 and March 23, 2004.

AFFIRMED.